<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-4071**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

JUAN ANTONIO PENA-TORRES, a/k/a C-Money, a/k/a Anthony,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (1:14-cr-00310-JCC-1)

Submitted: August 24, 2015      Decided: October 22, 2015

Before DUNCAN, WYNN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Geremy C. Kamens, Acting Federal Public Defender, Patrick L. Bryant, Appellate Attorney, Alexandria, Virginia, for Appellant. Dana J. Boente, United States Attorney, Richard D. Cooke, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM

Juan Antonio Pena-Torres appeals his conviction for distribution of cocaine. He moved for a new trial, alleging that the Government engaged in prosecutorial misconduct and that evidence relating to counts dismissed mid-trial prejudiced his right to a fair trial on the remaining count. We have reviewed the parties' briefs and the record on appeal and find no reversible error in the denial of Pena-Torres' motion for a new trial. Accordingly, we affirm the denial of relief for the reasons stated by the district court, see United States v. Pena-Torres, No. 1:14-cr-00310-JCC (E.D. Va. Dec. 18, 2014), and affirm the conviction.[*]

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] Pena-Torres does not challenge the sentence imposed by the district court